UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

     against                                         17 Cr 575-02 (KMK)

SHAHZAD AHMED
                                                           ORDER

                         Defendant.
-----------------------------------------------------------x

KENNETH M. KARAS, United States District Judge:

    Defendant's application seeking a Court Order directing the Bureau of Prisons to release to his counsel, by email, his medical records as well as any records related to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the COVID-19 pandemic, is GRANTED.

    It is ORDERED that the Bureau of Prisons release to Defendant's counsel of record by email, within three business days of this Order:

    (1) Defendant's complete medical records from the time he first entered into the Bureau of Prisons custody to the present, and

    (2) any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the COVID-19 pandemic.

Dated: April 15, 2020
         White Plains, New York

SO ORDERED:

_____
KENNETH M. KARAS
United States District Judge