UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

United States of America,

    -against-

Shahzad Ahmed,

    Defendant.

------------------------------------------------------x

ORDER

Docket No. 17 CR 575 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Theodore S. Green, Esq. is to assume representation of the defendant in the above captioned matter as of June 28, 2024. Mr. Green is appointed pursuant to the Criminal Justice Act. His address is Green & Willstatter, 200 Mamaroneck Avenue, Suite 605, White Plains, NY 10601, phone number 914-948-5656; Fax: 914-948-8730; Email: theosgreen@msn.com.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
      July 10, 2024